IRWIN INDUSTRIAL TOOL COM-
PANY (doing business as Le-
nox), Plaintiff–Appellee,

v.

BIBOW INDUSTRIES, INC. and
Christopher W. Bibow, De-
fendants–Appellants.

No. 2013–1112.

United States Court of Appeals,
Federal Circuit.

Sept. 23, 2013.

Rachael A. Harris, Squire Sanders (US) LLP, of Washington, DC, argued for plaintiff-appellee. With her on the brief was John A. Burlingame.

Edward P. Dutkiewicz, of Dade City, FL, argued for defendants-appellants.

NEWMAN, PROST, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.